IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILDEARTH GUARDIANS

      Plaintiff,

v.                                                                                                   No. CIV 13-0251 JB/LFG

UNITED STATES FISH AND
WILDLIFE SERVICE,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulation of Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), filed October 30, 2013 (Doc. 20)("Stipulation of Dismissal"). Pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties have stipulated to dismissal of the case without prejudice. Because the Stipulation of Dismissal disposes of all claims and parties before the Court, the Court now enters final judgment.

**IT IS ORDERED** that Plaintiff WildEarth Guardians' claims and case against Defendant United States Fish and Wildlife Service are dismissed without prejudice, and final judgment is entered.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

*Counsel:*

Steven Sugarman
Cerrillos, New Mexico

      *Attorney for the Plaintiff*

Steven C. Yarbrough
  Acting United States Attorney
Rumaldo Armijo
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant*